**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

DEREK FOLLEY,                                          Case No. 1:20-cv-177
      Petitioner,

                                        Black, J.
  vs.                                                 Litkovitz, M.J.

LIZ BANKS, CEO, et al.,                               **ORDER**
      Respondents.

Petitioner has filed a pro se motion for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). In a separate Report and Recommendation issued this date, the undersigned has recommended that petitioner's habeas corpus petition (Doc. 1) be dismissed without prejudice.

Petitioner's pending motions (Doc. 3–4, 6–9, 12–16, 19–22, 24–27) are therefore **DENIED** as moot.

The Court's Order of March 20, 2020 directing the Clerk of Court not to accept any additional filings from petitioner until respondent has filed a return of writ (Doc. 28) is hereby **VACATED**.

    **IT IS SO ORDERED.**

Date:   April 15, 2020                    *Karen L. Litkovitz*
                                            Karen L. Litkovitz
                                            United States Magistrate Judge